IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| YOLANDA THOMAS, | * |
| Plaintiff, | * |
| v. | Case No. 5:24-cv-00451-CAR-CHW |
| | * |
| COMMISSIONER OF SOCIAL SECURITY, | |
| | * |
| Defendant. | |
| | * |

**J U D G M E N T**

Pursuant to this Court's Order dated March 26, 2025, and for the reasons stated therein, JUDGMENT is hereby entered remanding the decision to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g).

This 26th day of March, 2025.

David W. Bunt, Clerk

s/ Raven K. Alston, Deputy Clerk