IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

YOLANDA THOMAS,                                    *

            Plaintiff,                          *

v.                                                                      Case No.  5:24-cv-00451-CAR-CHW

                                      *

COMMISSIONER OF SOCIAL SECURITY,

                                      *

            Defendant.

_____                    *

**J U D G M E N T**

Pursuant to the Order of this Court filed April 24, 2026, and for the reasons stated therein,

JUDGMENT is hereby entered awarding Plaintiff attorneys' fees in the amount of $ 10,649.00.

This 24th day of April, 2026.

                              David W. Bunt, Clerk


                              s/  Raven K. Alston, Deputy Clerk